*Note: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

## Robert A. HARTNESS, Claimant–Appellee,

v.

## R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellant.

### No. 2007–7024.

United States Court of Appeals, Federal Circuit.

Nov. 15, 2006.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

*This case was not selected for publication in the Federal Reporter*

*NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

## Charles D. GRIFFIN, Petitioner,

v.

## DEPARTMENT OF DEFENSE, Respondent.

### No. 2006–3319.

United States Court of Appeals, Federal Circuit.

Nov. 16, 2006.

Charles D. Griffin, pro se.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.